# Exhibit 1

| CLAIM FOR DAMAGE, INJURY OR DEATH | INSTRUCTIONS:Please read the instructions below carefully and supply all the information requested. You will receive an Acknowledgement Letter and Control Number. | FORM APPROVED OMB NO. 11050008 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**

Claims Management Branch
TSA (TSA - 9)
601 South 12th Street
Arlington, Virginia 20598-6009

571.227.1300
tsaclaimsoffice@tsa.dhs.gov

**2. Name, Address of Claimant and claimant's personal representative, if any. (See instructions above.)** *( Number, street, city, state, and zip code)*

| Claimant Information: | | Claimant's Representative:  (if any) | |
|---|---|---|---|
| Full Name: | **Robert Blair** | Full Name: | **Gunter Mihaescu, Esq.** |
| Address: | *1543 Ranier* | Address: | *2450 Stanwell Drive* |
| City, State, Zip: | *Napa, CA 94558* | City, State, Zip: | *Concord, CA 94520* |
| Country: | **United States** | Country: | *United States* |

| 3. Type of Employment: | 4. Date of Birth: | 5. Marital Status: | 6. Day and Date of Incident: | 7. Time: (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ Military  ☒ Civilian | **08/15/74** | ○ Single  ● Married  ○ Divorced  ○ Widow/Widower | **04/07/13** | **Around 6 pm** |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof)

Please see attached.

**9.                    PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT: (Number, street, city, state, country, and Zip Code)

| Full Name: | | Address: | | City, St. & Zip: | | Country: | |
|---|---|---|---|---|---|---|---|

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE, AND LOCATION WHERE PROPERTY MAY BE INSPECTED.

Medtronic neurostimulator model #37712, serial number: nkf734459h. Leads model #3778, serial numbers: v735282024, v750665023. The neurostimulator was melted and no longer functioning correctly. The device is located at Medtronic, Inc. - 710 Medtronic Parkway NE, MS, LC300, Minneapolis, MN 55432.

**10.                    PERSONAL INJURY / WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT..

Robert Blair had surgery to have the Medtronic neurostimulator device removed and replaced, due to a TSA Agent making him walk through a medical detector, causing his device to fail.

**11.                    WITNESSES**

| Name | Address/Phone |
|---|---|
| 1. Name: Shelly Blair | 1543 Ranier Dr., Napa, CA 94558; T, (707) 812-3278 |
| 2. Name: Eric Levy | 704 Anacapa Lane, Foster City, CA 94404; T, (650) 218-7052 |
| 3. Name: John Johnson | San Carlos, CA; T. (415) 517-3829 |

**12.                    AMOUNT OF CLAIM (In U.S. Dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL Failure to specify maycause forfeiture of your rights) |
|---|---|---|---|
| Unknown | $10,102,842.64 | | $10,102,842.64 |

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT OR CLAIMANT'S REPRESENTATIVE: (See instructions below) | 13b. PHONE NUMBER OF SIGNATORY: | 14. DATE OF CLAIM: |
|---|---|---|
| *Gunter Mihaescu* | 925-602-2727 | August 11, 2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus three times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than five (5) years or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 Previous editions not usable. | NSN 7540-00-634-4046 | Standard Form 95 (Rev. 7-85) (EG) PRESCRIBED BY DEPT. OF JUSTICE  28 CFR 14.2 | Page 2 of 4 |
|---|---|---|---|

## PRIVACY ACT NOTICE

This notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a (e) (3), and concerns the information requested in the letter to which this notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## ADDITIONAL INSTRUCTIONS

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplemental regulations also.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/his authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative. If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by component evidence as follows:
(a)      In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.
(b)      In support of claims for damage to property which has been or can be economically repaired, the claimant should at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.
(c)      In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.
(d)      Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid".  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in an invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:

| | |
|---|---|
| Director, Torts Branch Civil Division<br>U.S. Department of Justice<br>Washington, DC 20530 | Office of Management and Budget<br>Paperwork Reduction Project (1105-0008)<br>Washington, DC 20503 |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?      YES, If yes, give name and address of insurance company *(number, street, city, state, and zip code)* and policy number.      NO  ☒

| |
|---|
| |

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

Not applicable.

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(it is necessary that you ascertain these facts)*

Not applicable.

19. Do you carry Public Liability and property damage insurance?      YES, if yes, give the name and address of the insurance company *( number, street, city, state, and zip code)*   NO  ☒

| |
|---|
| |

SUPPLEMENTAL INFORMATION - SF-95 CLAIM FOR DAMAGE, INJURY, OR DEATH

| 20. Claimant Email Address:<br>gunterm@scrantonlawfirm.com | 21. Did the incident take place at: (please check one)<br>⊙ Passenger Security<br>Screening Checkpoint?<br>○ Checked Baggage<br>Screening Location | OMB number<br>1652-0039<br>Expires 11/30/2011 |
|---|---|---|
| 22. At which Airport did the incident occur?<br>Miami, Florida | 23. Did you use a Skycap, Porter service, or other third-party service?<br>YES ☐   NO ☒ | 24. Was your checked baggage delayed?<br>☐ YES, if yes, for how long? [____]<br>☒ NO |

**25. If this was a Checked Baggage incident, Why do you believe that TSA was Responsible?**

Not applicable.

| 26. Write down your COMPLETE travel itinerary. (include airline names, flight numbers, arrival/departure times, etc.)<br>Please see the travel itinerary attached hereto. | 27. If this is a Checked Baggage incident, please write down your baggage tag numbers. |
|---|---|

| 28. At the time of the incident, were you in the Military or a Federal employee **and on official travel?**<br>☐ YES, if so, for whom:<br>☒ NO | 29. Did you file any type of incident report with the airline, airport, TSA, or any law enforcement agency?<br>☒ YES, if so, please explain and leave an incident report number:   Claimant filed an incident report via e-mail; no response was provided.<br>☐ NO |
|---|---|

**PLEASE BE SURE TO ATTACH ALL RECEIPTS, ESTIMATES OF REPAIR, APPRAISALS, OR ANY OTHER DOCUMENTS THAT CAN SUBSTANTIATE THE VALUE OF THE ITEMS THAT WERE LOST OR DAMAGED.**

**FOR ALL DAMAGED BAGGAGE, YOU MUST GET A REPAIR ESTIMATE**

**SUBMISSION DIRECTIONS:**

1. Use the button on the right to **PRINT** this form.

2. **SAVE** this electronic PDF form for your records.

3. **SIGN** the printed form at the bottom of page 2.

4. **INCLUDE** all receipts, estimates, proof of flight documents, baggage tags, etc.

5. **MAIL** or **FAX** your printed claim and backup documentation.

[ Print Claim ]

| **WHERE TO SUBMIT FORMS:** | **FAX:**(571) 227-1904 | **U.S. Mail Address:**<br>TSA Claims Management Branch<br>601 South 12th Street - TSA 9<br>Arlington, VA 20598-6009 |
|---|---|---|

Once Submitted, you should receive an acknowledgement letter from TSA within three weeks if you submit the claim by USPS (within 6 days if submitted by fax). This letter will include a TSA control number and instructions. Use this control number to check the status of your claim, or for any other communications with the TSA Claims Management Branch.

**Paperwork Reduction Act Statement of Public Burden:** TSA is collecting this information in order to thoroughly investigate and resolve your tort claim against the agency. The public burden for this collection of information is estimated to be approximately 30 minutes. This is a voluntary collection of information; however, failure to provide this information may delay or hinder the processing of your claim. An agency may not conduct or sponsor, and persons are not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number assigned to this collection is 1652-0039, which expires 11/30/2011.**Privacy Act Statement:** AUTHORITY: 28 U.S.C. 1346(b), 1420(b), 2671-2680. PRINCIPAL PURPOSE(S): This information will be used to investigate your claim against the Transportation Security Administration (TSA). ROUTINE USE(S): This information may be shared with the Department of Justice in review, settlement, defense, and prosecution of claims involving matters over which TSA exercises jurisdiction, or for routine uses identified in the TSA's system of records notice, DHS/TSA 009 General Legal Records. DISCLOSURE: Voluntary; failure to furnish the requested information may result in an inability to thoroughly investigate your claim and may therefore result in an inability to award you payment on your claim.

# FEDERAL TORT CLAIM OF ROBERT BLAIR AND DEMAND FOR PRESERVATION OF RECORDS

*Pursuant to 28 U.S.C. §§1346(b), 2671-2680.*
*Submitted to the TSA*

C/o:   **Counsel for Claimant Robert Blair**
       Gunter Mihaescu
       Scranton Law Firm
       2450 Stanwell Drive
       Concord, CA 94520

## Date, Place and Circumstances of the Occurrence:

On or about April 7, 2013, Robert Blair was traveling from San Francisco to Puerto Rico, with a layover in Miami, Florida. While at Miami International Airport, Mr. Blair went to the screening area, and advised the TSA agent that he could not go through the metal detector, due to a Medtronic neurostimulator device that was surgically installed in his back. Mr. Blair produced a medical card verifying the same information which he told to the TSA agent. Mr. Blair waited for an agent to pat him down manually, but was told by a different TSA agent that he needed to go through the metal detector or he would be forced to cancel his trip. Fearing that his trip would be cancelled, Mr. Blair went through the metal detector as told, and while doing so, the metal detector caused his neurostimulator device to malfunction. Due to the malfunction of his medical device, Mr. Blair sustained personal injuries and had to have surgery to replace the device in his back.

The acts and omissions of the Respondents, and the agents identified herein constitute negligence.

## Claimant's Injuries and Amount of Damage Claimed:

Claimant sustained serious injuries, including but not limited to back surgery to have the malfunctioning neurostimulator replaced; physical pain and suffering; severe emotional and mental distress; and violation of rights. Claimant's damages for these injuries total $10,122,842.64.

**Identities of Public Employees Involved:**

Other agents/employees of the TSA, supervisory personnel, and possibly other law enforcement officers from other jurisdictions whose identities are presently unknown, also may have wrongfully injured Claimant in the incident.

**Evidence Supporting the Claim:**

Robert Blair is enclosing copies of his travel itinerary, TSA email claim submitted on or around April 8, 2013, his disability status, medical bills, operative report for replacement of the neurostimulator device, his Medtronic device card, and photographs of his injuries after the surgery.

Claimant also had the following witnesses of the incident:

Shelly Blair - 1543 Rainier Avenue, Napa, CA; T. (707) 812-3278
Eric Levy - 704 Anacapa Lane, Foster City, CA; T. (650) 218-7052
John Johnson - San Carlos, CA; T. (415) 517-3829

**Persons to Contact Regarding the Claim:**

Please contact Claimant's attorneys, Gunter Mihaescu, Scranton Law Firm at 2450 Stanwell Drive, Concord, CA 94520; Tel: (925) 602-2727.

**DEMAND FOR PRESERVATION OF RECORDS:**

DEMAND IS HEREBY MADE TO PRESERVE ALL DISPATCH TAPES, RECORDINGS, VIDEO RECORDINGS, PHOTOGRAPHS, PHYSICAL EVIDENCE, CAD REPORTS AND INFORMATION, INCIDENT REPORTS, STATEMENTS, NOTES, CORRESPONDENCE, MEMORANDA AND ALL DOCUMENTS AND THINGS RELATED TO THIS INCIDENT AND ANY INVESTIGATION THEREOF as material evidence to Mr. Robert Blair's claim herein and his potential claims under federal and state law, including civil rights claims. You are further required to preserve such recordings pursuant to 42 U.S.C. § 3309. If you have any questions about the recordings, documents, or items at issue, please contact attorney Gunter Mihaescu at 2450 Stanwell Drive, Concord, CA 94520; T. (925) 602-2727, before destroying any tapes, recordings, documents, or items that have been requested or that may relate to the complaint.

Page 2 of 3
CLAIM OF ROBERT BLAIR

Dated: August // , 2014                    SCRANTON LAW FIRM

                              By:    _Gunta Mihaelm_

                                     GUNTER MIHAESCU,
                                     Attorney for Claimant

# TRAVEL ITINERARY

**American**Airlines®

RECORD LOCATOR/AA CONFIRMATION : ECFFQP         

Get your boarding pass faster!Scan this barcode at any American Airlines Self-Service Machine.

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the oneworld Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.



## San Francisco to San Juan

2 Adults
**Saturday** April 6, 2013 – **Saturday** April 13, 2013

**Total Paid:**

**$1,044.80** USD

| Record Locator | Reservation Name |
|---|---|
| **ECFFQP** | **SFO/MIA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Feb 07, 2013 |

## Flight Information

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** <br> **272** | San Francisco (SFO) <br> April 6, 2013 09:00 PM <br><br> Delayed <br> Scheduled Time: 09:00 PM <br> Estimated Time: 10:00 PM <br> Actual Time: <br> Terminal :  Gate : 56A <br><br> Travel Time : 5 h 20 m <br> Cabin Class : Economy <br> Seat : 22A , 20E | Miami (MIA) <br> April 7, 2013 05:20 AM <br><br> Delayed <br> Scheduled Time: 05:20 AM <br> Estimated Time: 06:20 AM <br> Actual Time: <br> Terminal :  Gate : D15 <br> Baggage Area : NO <br><br> Booking Code : S <br> Plane Type : 757 |
| **American Airlines** <br> **639** | Miami (MIA) <br> April 7, 2013 07:40 AM <br><br> On time <br> Scheduled Time: 07:40 AM <br> Estimated Time: 07:40 AM <br> Actual Time: <br> Terminal :  Gate : D6 | San Juan (SJU) <br> April 7, 2013 10:10 AM <br><br> On time <br> Scheduled Time: 10:10 AM <br> Estimated Time: 10:10 AM <br> Actual Time: <br> Terminal :  Gate : 9 <br> Baggage Area : A |

| | |
|---|---|
| Average Fare | $477.20 |
| **Average Fare** | |
| Adult <br> 2 × $477.20 | $954.40 |
| **Taxes & Fees** | |
| Adult <br> 2 × $45.20 | $90.40 |
| **Flight Subtotal** | |
| | **$1,044.80** |

| Flight | Depart | Arrive |
|--------|--------|--------|
|  | Travel Time : 2 h 30 m | Booking Code : S |
|  | Cabin Class : Economy | Plane Type : 757 |
|  | Seat : , 20E |  |

| Flight | Depart | Arrive |
|--------|--------|--------|
| **American Airlines**<br><br>**1755** | San Juan (SJU)<br>April 13, 2013 07:45 AM | Dallas/ Fort Worth (DFW)<br>April 13, 2013 12:00 PM |
|  | Travel Time : 5 h 15 m | Booking Code : N |
|  | Cabin Class : Economy | Plane Type : 757 |
|  | Seat : , 20E |  |
| **American Airlines**<br><br>**1491** | Dallas/ Fort Worth (DFW)<br>April 13, 2013 02:25 PM | San Francisco (SFO)<br>April 13, 2013 04:15 PM |
|  | Travel Time : 3 h 50 m | Booking Code : N |
|  | Cabin Class : Economy | Plane Type : 738 |
|  | Seat : unassigned |  |

**Receipt**

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|-----------|---------------|------------------------|------|----------------|--------------|
| BLAIR,ROBERT E | 0017239129791 |  |  |  |  |
| BLAIR,SHELLY J | 0017239129792 |  |  |  |  |
| Payment Type:   VISA   **********0680 |  |  |  | Total |  |

**Fare Includes -**

**Endorsements/Restrictions -**
NONREF/CHG FEE APPLIES NO VALUE AFTER FLT TIME -BG AA

**Note -** If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued for any reason, the total amount above may not include all taxes. Please check with American Airlines Reservations at 1-800-433-7300 for the correct total.

**TERMS AND CONDITIONS**
A summary of Terms and Conditions applicable to your travel is available on ticket jackets, which are available at any American Airlines ticket office or at www.aa.com/conditionsofcarriage.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are non-refundable. If the fare allows changes, a charge may be assessed for the change.

If you have questions regarding our refund policy, please visit www.aa.com/refunds.

**CHECKING IN**
On day of departure, you will be required to present a government-issued photo identification at the airport. Check-in times will vary depending on your departure or destination city. If your flight is operated by another carrier, please check in with that carrier per their guidelines. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

Check in for your flight using Flight Check-In (www.aa.com/checkin) at AA.com between 1 and 24 hours prior to flight time if you have a U.S. domestic e-ticket. You may also use the Self Service Check-In machine (www.aa.com/selfservice) at the airport on your day of departure. Use the e-ticket confirmation/record locator above to select or change your seat and obtain a boarding pass.

**TRAVELING INTERNATIONALLY**
If you are traveling internationally, please ensure that you have all necessary travel documents for the countries you are visiting. Visit the International Travel section at www.aa.com/intl for more information and helpful links.

**BAGGAGE INFORMATION**
To enhance security, FAA requirements mandate that customers are allowed one carry-on bag plus one personal item onboard. To learn more about current carry-on baggage allowances including checked bag policies and applicable charges, please visit www.aa.com/baggageinfo.

**HAZARDOUS ITEMS**
Many common items can be hazardous when transported by air and are prohibited. Please refer to the Restricted Items page at www.aa.com/restricteditems for more information.

**SPECIAL ASSISTANCE**
If you need special assistance due to a disability, or have children or pets traveling, visit the Special Assistance section www.aa.com/assistance before you travel.

**FLIGHT STATUS**

Please check your departure/arrival gate information prior to arriving at the airport. This information can be found at www.aa.com/gates.

**RESERVATIONS ASSISTANCE**
Should you need to change your reservation, please call 1-800-433-7300 and refer to the above record locator.

**AADVANTAGE INFORMATION**
AAdvantage members may call our toll free number 1-800-882-8880 for assistance, or visit www.aa.com. Also on AA.com, you can book the most popular AAdvantage travel awards at our Redeem Miles section www.aa.com/redeemmiles.

**AA.COM**
Visit www.aa.com/emails, which allows you to opt-in to receive American Airlines email products, offering the latest news and information, as well as exclusive offers.



Emily -
- ZACH - TSA
MIAMI - FLORIDA

866-
289 - 9673

# TSA EMAIL CLAIM

**Lily Shakouri**

| | |
|---|---|
| **From:** | Robert Blair <blairrobert74@yahoo.com> |
| **Sent:** | Thursday, August 08, 2013 11:00 AM |
| **To:** | Katherine R Moore |
| **Subject:** | Fwd: Security screening complaint |

Sent from my iPhone

Begin forwarded message:

> **From:** blairrobert74 <blairrobert74@yahoo.com>
> **Date:** April 8, 2013, 6:51:15 AM PDT
> **To:** blairrobert74 <blairrobert74@yahoo.com>, TSA-ContactCenter@dhs.gov
> **Cc:** GotFeedback@dhs.gov, miacoordinationcenter@dhs.gov
> **Subject: RE: Security screening complaint**
> **Reply-To:** blairrobert74 <blairrobert74@yahoo.com>
>
>
>
> From my Android phone on T-Mobile. The first nationwide 4G network.
>
>
>
> -------- Original message --------
> From: blairrobert74 <blairrobert74@yahoo.com>
> Date: 04/08/2013 9:46 AM (GMT-04:00)
> To: TSA-ContactCenter@dhs.gov
> Cc: GotFeedback@dhs.gov,miacoordinationcenter@dhs.gov
> Subject: Security screening complaint

I was a passenger flying to puerto rico on april 7 and had a stop in miami. At approx. 615 to 640 am I went through screening after having a cigarrete. I informed tsa agent I have a medical device in my back and could not go through metal detectors. I also produced a medical card verifying this.while waiting for a male agent to pat me down I was approached by an agent who said I had to go through scan machine. I told him I couldnt due to medical device.i was rudely told if I didnt go through machine I would be refused to continue my trip. I was forced to go through machine. I tried to get agents name.none of your agents wanted to help me. My back has been in terrible pain since this incident. I have notified my doctor and will be seeking care. Please contact me to try and resolve this in a professional manner. You can review video and see me standing waiting for pat down and being escorted to scanner. My contact numer is 1 707 812 3278. Please contact me as soon as possible or I will be made to pursue this further in another fashion. Thank you.
    Robert blair.

# DISABILITY STATUS

The Permanente Medical Group, inc.
82&... ..RMONT WAY
NAPA, CALIFORNIA 94558-3313
(707) 258-2500

G_____RD          SAN FRANCISCO
H_____DD          SAN JOSE
M_____UZZ         SAN RAFAEL
M_____AS          SANTA CLARA
MOUNTAIN VIEW     SANTA ROSA
NAPA              S. SACRAMENTO
NOVATO            S. SAN FRANCISCO
OAKLAND           STOCKTON
PARK SHADELANDS   VALLEJO
PETALUMA          WALNUT CREEK
PLEASANTON

January 24,2014

To Whom It May Concern:

Due to an ongoing permanent 100% disability with back pain, Robert Blair (MR # 03327819)
need assistance with carrying most of his heavy grocery items on a routine basis.

He also will need to occasionally travel, requiring assistance for safety carrying his luggages.

I am writing this letter in support of his need for a "service dog companion", since he
will remain on lifting limitations indefinitely for carrying most items that includes packages
for daily routines as well as to assist with safe travel. It is my understanding that a service
dog companion could provide Robert Blair level of help that is needed.

Sincerely,

Lawrence Aldo Lippman, M.D.



KAISER PERMANENTE

03044 (REV. 6-04)

# MEDICAL BILLS

TROVER SOLUTIONS
P.O. Box 36380
Louisville, Kentucky 40233

FEDERAL TAX ID: 61-1141758
TELEPHONE NUMBER: (800) 339-5892
PAGE 1 OF 2

## CONSOLIDATED STATEMENT OF BENEFITS

| | |
|---|---|
| PATIENT'S NAME: | ROBERT BLAIR |
| HEALTH PLAN: | KAISER PERMANENTE NORTHERN CALIFORNIA |
| DATE OF INJURY: | 4/7/2013 |
| SERVICE PERIOD: | 4/15/2013-7/23/2013      **Subject to change.** |
| EVENT NUMBER: | HRI 16747494-16753339 |

**Instructions:**
- If remitting payment, make checks payable to: Trover Solutions.
- **Write the patient's name, ROBERT BLAIR, and event number, 16747494-16753339, on the check.**

| Provider of Service | Diagnosis Code | Claim Number | |
|---|---|---|---|
| **Date of Service** | **Procedure Code(s)** | **Billed Amt.** | **Provided Benefits** |
| **CLO-KAISER EPIC RES** | **722.52 LUMB/SAC DISC D** | **E-P05552311390** | |
| 4/18/2013 | 99214 OFFICE OUTPATIEN | $331.00 | $331.00 |
| | **722.52 LUMB/SAC DISC D** | **E-P05552311400** | |
| 4/18/2013 | 72072 RAD EXAM, SPINE, | $128.00 | $128.00 |
| **FRS-KAISER EPIC RES** | **722.52 LUMB/SAC DISC D** | **E-P05552311410** | |
| 4/18/2013 | 72072 RAD EXAM, SPINE, | $54.00 | $54.00 |
| **HAY-KAISER EPIC RES** | **338.4 CHRONIC PAIN SYN** | **E-H05536121201** | |
| 6/17/2013 | 352 CT SCAN | $1556.00 | $1556.00 |
| **HAY-KAISER EPIC RES** | **338.4 CHRONIC PAIN SYN** | **E-P05552311420** | |
| 6/17/2013 | 72131 CAT, LOWER SPINE | $284.00 | $284.00 |
| **NAP-KAISER EPIC RES** | **257.2 TESTICULAR HYPOF** | **E-P05552381490** | |
| 4/15/2013 | 99213 OFFICE OUTPATIEN | $170.00 | $170.00 |
| **RWC-KAISER EPIC RES** | **724.2 LUMBAGO** | **E-H05518049301** | |
| 6/27/2013 | 320 DX X-RAY | $975.00 | $975.00 |
| | **V72.81 PREOP CARDIOVAS** | **E-H05538642701** | |
| 6/27/2013 | 730 EKG/ECG | $205.00 | $205.00 |
| | **E878.1 ABNORM REACT AR** | **E-H05521981601** | |
| 7/12/2013 | 258 IV SOLUTIONS | $85.70 | $85.70 |
| 7/12/2013 | 306 LAB/BACT-MICRO | $222.00 | $222.00 |
| 7/12/2013 | 424 PHYS THERP/EVAL | $245.00 | $245.00 |
| 7/12/2013 | 270 MED-SUR SUPPLIES | $520.00 | $520.00 |
| 7/12/2013 | 710 RECOVERY ROOM ADDL | $670.00 | $670.00 |
| 7/12/2013 | 320 DX X-RAY | $975.00 | $975.00 |
| 7/12/2013 | 250 PHARMACY | $1960.50 | $1960.50 |
| 7/12/2013 | 121 MED-SUR-GY/2BED | $3090.00 | $3090.00 |
| 7/12/2013 | 272 STERILE SUPPLY | $3580.00 | $3580.00 |
| 7/12/2013 | 274 PROSTH/ORTH DEV | $6150.00 | $6150.00 |
| 7/12/2013 | 360 OR SERVICES | $31720.00 | $31720.00 |
| 7/12/2013 | 278 SUPPLY/IMPLANTS | $42066.04 | $42066.04 |
| **RWC-KAISER EPIC RES** | **724.2 LUMBAGO** | **E-P05552381530** | |
| 6/13/2013 | 99202 OFFICE OUTPATIEN | $210.00 | $210.00 |
| | **V72.84 PREOP EXAM UNSP** | **E-P05552381550** | |
| 6/27/2013 | 99214 OFFICE OUTPATIEN | $331.00 | $331.00 |
| | **722.80 POSTLAMINECT SY** | **E-P05552381510** | |
| 6/27/2013 | 20552 Inject trigger p | $190.00 | $190.00 |

TROVER SOLUTIONS                          FEDERAL TAX ID: 61-1141758
P.O. Box 36380                            TELEPHONE NUMBER: (800) 339-5892
Louisville, Kentucky 40233                PAGE 2 OF 2

## CONSOLIDATED STATEMENT OF BENEFITS

| PATIENT'S NAME: | ROBERT BLAIR | |
|---|---|---|
| HEALTH PLAN: | KAISER PERMANENTE NORTHERN CALIFORNIA | |
| DATE OF INJURY: | 4/7/2013 | |
| SERVICE PERIOD: | 4/15/2013-7/23/2013 | **Subject to change.** |
| EVENT NUMBER: | HRI 16747494-16753339 | |

**Instructions:**
- If remitting payment, make checks payable to: Trover Solutions.
- **Write the patient's name, ROBERT BLAIR, and event number, 16747494-16753339, on the check.**

| Provider of Service | Diagnosis Code | Claim Number | |
|---|---|---|---|
| Date of Service | Procedure Code(s) | Billed Amt. | Provided Benefits |
| 6/27/2013 | 77003 FLUROSCOPIC GUID | $286.00 | $286.00 |
| | **V45.89 POSTSURGICAL ST** | E-P05552381520 | |
| 6/27/2013 | 99215 OFFICE OUTPATIEN | $390.00 | $390.00 |
| | **V72.84 PREOP EXAM UNSP** | E-P05552381560 | |
| 6/28/2013 | 93010 ELECTROCARDIOGRA | $31.00 | $31.00 |
| | **724.5 BACKACHE UNSPEC** | E-P05552381540 | |
| 7/12/2013 | 63685 I & PLCMT. GENER | $1404.00 | $1404.00 |
| 7/12/2013 | 63664 PLACED VIA LAMIN | $2714.00 | $2714.00 |
| | **V45.89 POSTSURGICAL ST** | E-P05552381520 | |
| 7/23/2013 | 99214 OFFICE OUTPATIEN | $331.00 | $331.00 |
| **SRO-KAISER EPIC RES** | **V45.89 POSTSURGICAL ST** | E-P05552381500 | |
| 5/30/2013 | 99205 OUTPATIENT OFFIC | $560.00 | $560.00 |
| **VAL-KAISER EPIC RES** | **338.29 OTH CHRONIC PAI** | E-H05556419200 | |
| 5/13/2013 | 636 DRUGS/DETAIL CODE | $9.50 | $9.50 |
| 5/13/2013 | 636 DRUGS/DETAIL CODE | $11.15 | $11.15 |
| 5/13/2013 | 636 DRUGS/DETAIL CODE | $12.75 | $12.75 |
| 5/13/2013 | 450 EMERG ROOM | $550.00 | $550.00 |
| 5/13/2013 | 450 EMERG ROOM | $675.00 | $675.00 |
| **VAL-KAISER EPIC RES** | **724.5 BACKACHE UNSPEC** | E-P05552311430 | |
| 5/13/2013 | 99282 EMERGENCY VISIT | $150.00 | $150.00 |

| Total Billed Charges | $102,842.64 | Amount Received | $0.00 |
|---|---|---|---|
| Total Benefits Provided | $102,842.64 | Balance Due | $102,842.64 |

# MEDICAL REPORT



**KAISER FOUNDATION HOSPITALS**

RWC-HOSPITAL
1150 VETERANS BLVD

REDWOOD CITY, CA 94063-2037
Hospital Record

BLAIR,ROBERT E
MRN: 110003327819
DOB: 8/15/1974, Sex: M
Adm:7/12/2013, D/C:7/13/2013

---

**BRIEF OPERATIVE (continued)**

RESTORE 2-1200HZ 0-10.5V THK.4IN SPINAL CORD 16 -
LOG272870
Manufacturer: MEDTRONIC INC
Lot no.:

Action: Explanted          Number used: 1
Exp. date:

**Condition:**
stable

**Disposition:**
PACU

**Dictation:**
Yes
1870962

Electronically signed by Sedrak, Mark Fayez (M.D.) on 7/12/2013 12:31 PM

---

**OPERATIVE NOTES**

Long Operative Note signed by Sedrak, Mark Fayez (M.D.) at 07/12/13 1528

| Author: | Sedrak, Mark Fayez (M.D.) | Service: | (none) | Author Type: | Physician |
| Filed: | 07/12/13 1528 | Note Time: | 07/12/13 0000 | Trans ID: | 03327819201307120600000ARWC0000 00676391 |
| Trans Status: | Available | | | | |

OPERATIVE REPORT

Encounter ID #: 03000000314156225199
Encounter Date:  07/12/2013

PROCEDURE:
(1)Revision of spinal cord stimulator system with placement of
epidural paddle at lower location at the T10-T11 (2) Two level
laminotomy (3) Epidural lysis of adhesions (4) Replacement of
implantable pulse generator to restore sensor in the right flank
region

SURGEON:  Mark F. Sedrak, M.D.

Records From: KAISER HOSPITAL & PMG/REDWOOD CITY
Regarding: ROBERT EDWARD BLAIR
Quest Discovery Services - SJC302835



**KAISER FOUNDATION HOSPITALS**

RWC-HOSPITAL
1150 VETERANS BLVD

REDWOOD CITY, CA 94063-2037
Hospital Record

BLAIR,ROBERT E
MRN: 110003327819
DOB: 8/15/1974, Sex: M
Adm:7/12/2013, D/C:7/13/2013

---

**OPERATIVE NOTES (continued)**

ANESTHESIA:  General endotracheal anesthesia

HISTORY OF PRESENTING ILLNESS:  Mr. Robert Blair is a pleasant 38 year old male with history of progressive refractory back pain. He had excellent coverage with the previous stimulator system. Unfortunately he had lost coverage which he reported occurred immediately after going through a metal detector at an airport. The system showed no impedance problems and no other physical problems.  This was unclear etiology of his loss of coverage which was working successfully for many years.  For this reason we decided on revising his stimulator system to improve his condition.  He had agreed on quitting smoking prior to us doing this notably which he did.

DETAILS OF PROCEDURE:  He was brought to the operating room where a time-out was performed.  He was put under light anesthetic prone on the operating table with bolsters.  Fluoroscopy was used to demarcate the level of the electrodes.  The stimulator was located from T7-T8 primarily.  I planned to explore the battery site first.  This area and all the way up to the mid thoracic region were prepped and draped in the usual fashion.  A time out was performed.  Local anesthetic was infiltrated and after antibiotics were infused which was Vancomycin/Gentamicin, an incision was made in the right buttock region.  It is notable that he had numerous subcutaneous Ti-Cron sutures unusually located subcutaneously.  I therefore ellipsed out this region of the incision which appeared to be non-absorbable sutures were used for the closure previously.  Then the battery was removed and disconnected.  The leads were tested with normal impedances and essentially had similar coverage of abdominal pain primarily. I therefore decided on performing the laminotomy procedure.

The mid back where the prior electrodes had entered was opened and they were lysed.  The thoracic region at about T10-T11 was opened.  At first I went above the level of T10 to the T9-T10 interspace.  Laminotomy was performed.  The 565 electrode system was brought out and it was tunneled in the usual fashion in the epidural space.  It was notable that as I was pulling the percutaneous leads out there was a tunnel of fibrous scar that I could see.  I spent some time lysing this scar in the immediate field and when the 565 electrode was passed it was clear that there was scar preventing it from approaching the midline at the tip and therefore deviated either to the left or to the right.

Records From: KAISER HOSPITAL & PMG/REDWOOD CITY
Regarding: ROBERT EDWARD BLAIR
Quest Discovery Services - SJC302838



**KAISER FOUNDATION HOSPITALS**

RWC-HOSPITAL
1150 VETERANS BLVD

REDWOOD CITY, CA 94063-2037
Hospital Record

BLAIR,ROBERT E
MRN: 110003327819
DOB: 8/15/1974, Sex: M
Adm:7/12/2013, D/C:7/13/2013

## OPERATIVE NOTES (continued)

Stimulation at sort of a mid point about two-thirds down the electrode array had coverage that he had desired. I decided on trying to place the electrode retrograde which was done, however there was scar tissue again and this prevented me from optimizing the location and it appeared to go into the gutter mostly on the left side in this particular circumstance making it less useful overall.

I therefore decided on performing another laminotomy at T10-T11 and this was a generous laminotomy exposing a good portion of that epidural space. The upper space above the lamina of T10 was also exposed generously and I lysed essentially all the scar tissue in this region. The electrode was placed just paramedian partially on the left side but also covering the right side. After this was done, stimulation showed various possibilities for excellent coverage which we had covered everything in the operating room. The incision was copiously irrigated with Bacitracin irrigation. The electrode was mounted in the usual fashion with Ti-Cron sutures. New extensions were tunneled posterolaterally to the right side and these were connected serially to the 565 electrode array and a new sensor battery was placed because of the uncertainty of prior damage. The electrodes that were removed and the implantable pulse generator will be sent to Medtronic for analysis. Notably the generator was placed in the pocket. Intraoperative impedances were normal. All sites were secured using Ti-Cron sutures. The incisions were copiously irrigated with Bacitracin irrigation and closed in layers using #0 Vicryl sutures for the muscle and fascia and #2-0 Vicryl sutures for the subcutaneous tissue. Staples were applied to the skin as well as sterile dressings.

There were no complications. During the procedure the patient had normal neurologic function, able to wiggle his toes throughout the entirety of the procedure and afterwards. All counts were correct by the end of the procedure.

Mark F. Sedrak, M.D.

MFS/kad
D: 07/12/2013 12:29:28   Voice Job ID: 1870962
T: 07/12/2013 14:06:56   Text Document ID: 676391

Records From: KAISER HOSPITAL & PMG/REDWOOD CITY
Regarding: ROBERT EDWARD BLAIR
Quest Discovery Services - SJC302036



KAISER FOUNDATION HOSPITALS

RWC-HOSPITAL
1150 VETERANS BLVD

REDWOOD CITY, CA 94063-2037
Hospital Record

BLAIR,ROBERT E
MRN: 110003327819
DOB: 8/15/1974, Sex: M
Adm:7/12/2013, D/C:7/13/2013

---

### OPERATIVE NOTES (continued)

Electronically signed by Sedrak, Mark Fayez (M.D.) on 7/12/2013 3:28 PM

---

### POST-OP ANESTHESIA NOTES

**Anesthesia Post-op Evaluation signed by Tan, Jeremiah Sean (C.R.N.A) at 07/12/13 1431**

| Author: | Tan, Jeremiah Sean (C.R.N.A.) | Service: | (none) | Author Type: | NURSE ANESTHETIST (C.R.N.A.) |
|---|---|---|---|---|---|
| Filed: | 07/12/13 1431 | Note Time. | 07/12/13 1431 | | |

### Anesthesia Post-op Note

Patient: Robert E Blair

Procedure(s):
SPINAL CORD STIMULATOR LEAD REVISION
Surgeon(s):
Sedrak, Mark Fayez (M.D.)

Anesthesia type: MAC

Pain: adequate analgesia
Cardiopulmonary status: acceptable
Airway: airway patent
Level of consciousness:  awake, alert
Hydration: adequate
Nausea and vomiting: none/mild
Complications: no postop complications apparent
Follow Up: none required

Electronically signed by Tan, Jeremiah Sean (C.R.N.A) on 7/12/2013  2:31 PM

Records From: KAISER HOSPITAL & PMG/REDWOOD CITY
Regarding: ROBERT EDWARD BLAIR
Quest Discovery Services - SJC302836

000048



**Medtronic**

Robert Blair
345 E Omaha Ave
Fresno CA 93720-2079

Stimulation System
Implant Date          Serial #            Model #
29-Jun-2011    NKF734459H      37712
Emergency Physician(s):
Eugene Huang, MD

(559)448-4020

Call with changes 1-800-551-5544

*Medical Device Identification*

617037



**Medtronic**

Lisa Marseilles
*Senior Sales Representative*
*West Region Pain Therapies*

**Medtronic, Inc.**
Neuromodulation
7000 Central Ave NE, RCE230
Minneapolis, MN 55432
www.medtronic.com

cell  510.917.9909
lisa.marseilles@medtronic.com



**Medtronic**

Akiko Ogura
*Sales Representative*
*Northern California District*

**Medtronic, Inc.**
Neuromodulation
7108 N. Fresno Street, Ste 270
Fresno, CA 93720
www.medtronic.com
cell: 510.517.1938
Tech Support: 800.707.0933
akiko.ogura@medtronic.com



Lisa Marseilles

Customer Service
**888.638.7627**

Patient Services
**800.510.6735**

www.tamethepain.com

CORPORATE MISSION

To contribute to human welfare
by application of biomedical engineering
in the research, design, manufacture and sale
of instruments or appliances that
alleviate pain, restore health and extend life.

# PHOTOGRAPHS OF INJURIES











✕ ✕ ✕ Communication Result Report ( Aug. 18. 2014  3:49PM ) ✕ ✕ ✕

1)
2)

Date/Time: Aug. 18. 2014  3:43PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4256 | Memory TX | 15712271904 | P. 34 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax