# EXHIBIT 2

U.S. Department of Homeland Security

Office of Chief Counsel (TSA-2)
601 South 12th Street
Arlington VA 20598-6002



Transportation
Security
Administration

<u>VIA CERTIFIED MAIL NO. 7009 3410 0001 8476 1548</u>

June 16, 2016

Gunter Mihaescu, Esquire
Scranton Law Firm
2450 Stanwell Drive
Concord, California 94520

    Re:    **Robert Blair (Claim No. 2014090316409)**

Dear Mr. Mihaescu:

This constitutes final agency action on the claim of Robert Blair against the United States under the Federal Tort Claims Act in the amount of $10,122,842.64 based on the alleged negligent or wrongful acts or omissions of Transportation Security Administration (TSA) personnel. After careful evaluation of the evidence, it was determined that no legally sustainable grounds exist on which to base a finding of liability on the part of TSA. Accordingly, the claim was denied by the deciding official. If Mr. Blair is dissatisfied with the denial of the claim, he may file suit in an appropriate U.S. District Court not later than 6 months after the date this letter was mailed.

Please contact me at 571-227-2655 or brett.barber@tsa.dhs.gov with any questions. Thank you.

Sincerely,

*Brett Barber*

Brett Barber
Paralegal